AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

US v. Rogers

**Sentencing EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03-20096

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| McCuskey | Colin Bruce | Jeff Justice |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-3-05 | Lisa Cosimini | Sherry Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5-3-05 | ✓ | ✓ | Letter regarding Dft's Employment |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

05/02/2005

To Whom It May Concern:

While employed with the Curry Companies Willie Rogers was a good employee.

Willie reported to work in a timely manner. I could always trust in Willie to complete any task given to him. When given the opportunity Willie can be a very valuable employee, given the chance I would welcome Willie without hesitation to work for me again.

Sincerely,

Mike Auton

Supervisor


DEFENDANT'S EXHIBIT  
/  
03-20096